IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BOLDEN,

      Petitioner,               No. 2:09-cv-2769 FCD JFM (HC)

   vs.

JOHN HAVILAND,

      Respondent.         ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the petition on November 30, 2009. Petitioner's traverse was due January 4, 2010. Petitioner did not file a traverse. Before the court is petitioner's February 23, 2010 motion for relief from judgment. Petitioner asserts he was unable to file his traverse in a timely manner due to a medical condition for which he was hospitalized. Because a judgment has not yet issued in this case, petitioner's motion is more properly construed as a motion for an extension of time to file a traverse.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that

1. Petitioner's February 23, 2010 motion is granted; and

2. Petitioner shall file a traverse no later than thirty days from the date of this order.

DATED: March 3, 2010.

UNITED STATES MAGISTRATE JUDGE

/014; bold2769.ext

2